# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Cameron Brandon Shea

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 20-088          CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on March 12, 2020

   Defense Attorney's Name and address: Gregory Thomas Murphy, AFPD

The estimated trial time is   14   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Kaleb J Cole

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 20-088            CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for TBD

### III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　Defendant's Address:

☑ Letter to Defense Counsel for Appearance on when Defendant arrives, to be assigned by CJA

　　Defense Attorney's Name and address:

The estimated trial time is   14   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I.   CASE STATUS

Name of Defendant: Taylor Ashley Parker-Dipeppe

Has defendant had initial appearance in this case?  ☐ Yes   ☐ No

MJ 20-088            CR

### II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for TBD

### III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on when Defendant arrives, to be assigned by CJA

   Defense Attorney's Name and address:

The estimated trial time is   14   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Johnny Roman Garza

Has defendant had initial appearance in this case?  ☐ Yes  ☐ No

MJ 20-088          CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for TBD

### III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on when Defendant arrives, to be assigned by CJA

   Defense Attorney's Name and address:

The estimated trial time is   14   days.

(Revised March 2018)