FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAR 04 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNNY ROMAN GARZA, <br><br> Defendant. | NO. CR20-032 JCC <br><br> ORDER CONTINUING TEMPORARY DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of release be continued as previously set.

DATED this 4th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
TEMPORARY DETENTION

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970