AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ20-088 (4) |
| Johnny Roman Garza | ) | |
| Defendant | ) | |

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 09 2020    CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Johnny Roman Garza

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371

Date: 2/25/20

*Issuing officer's signature*

City and state:    Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *(city and state)* QUEEN CREEK, AZ

Date: 2/26/20

for #6

*Arresting officer's signature*

SA FBI
*Printed name and title*

USAO# 2019R00225