The Honorable John C. Coughenour
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-032JCC |
| Plaintiff, | |
| v. | **GOVERNMENT'S STATEMENT REGARDING CONTINUED DETENTION** |
| TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY GARZA, | |
| Defendants. | |

   The United States, by and through Brian Moran, United States Attorney for the Western District of Washington, and Thomas Woods, Assistant United States Attorney for said District, hereby submit the following regarding the defendants' continued detention.

   On March 27, 2020, Taylor Ashley Parker-Dipeppe and Johnny Garza are expected to make their initial appearance in this District. Both defendants were arrested on February 26, 2020. Parker-Dipeppe made his initial appearance in the Middle District of Florida, and Garza in the District of Arizona. Both defendants elected to have their detention hearings in those Districts. After fully contested hearings, both defendants were detained. The Honorable Thomas Wilson, Middle District of Florida, and the

Government's Statement Regarding Detention
*United States v. Shea, et al.*, CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Honorable John Z. Boyle, District of Arizona, concluded that there were no conditions of release that could reasonably assure the safety of the community as to the defendants in their respective cases.  *See* Exhibits A and B.

A defendant who is arrested in another district can elect to have his detention hearing either in the place of arrest, or the place where the charges are pending, but not both.  *See* Benchbook for U.S. District Judges § 105, p. 19 (March 2013).  As the Benchbook makes clear for judges handling an initial appearance for defendants arrested out-of-district:

> 7. Determine whether to release or detain the defendant pending further proceedings. A request for detention or the amount of bail previously fixed in the district where charges are pending must be taken into account but is not binding. A different action, however, requires reasons in writing. Note that the defendant is entitled to only one detention hearing and may wish to reserve that right until after being transferred to the charging district.

If a defendant elects to have his detention hearing in the District where he is arrested, and his detained, his remedy is to appeal to the District Judge who is assigned the case, which neither defendant in this case has done.  *See* 18 U.S.C. 3145(b).

Accordingly, the defendants in this case should remain detained after their initial appearance in this District.

Dated this 27th day of March 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

  /s Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903

Government's Statement Regarding Detention
*United States v. Shea, et al.*, CR20-032JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

*/s/ Thomas Woods*
THOMAS WOODS
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7070

Government's Statement Regarding Detention
*United States v. Shea, et al.*, CR20-032JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970