Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　vs.<br><br>JOHNNY ROMAN GARZA,<br>　　Defendant. | Case No. 20-cr-032-JCC<br><br>MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>*Noting Date: April 10, 2020* |

Defendant Johnny Roman Garza submits this Motion for withdrawal and substitution of counsel in the above-referenced matter. Defendant Garza has retained Seth Apfel to represent him in the above-referenced matter, and Mr. Apfel has retained Scott Engelhard as local counsel and respectfully requests that this Court allow the substitution of counsel to allow Mr. Apfel to appear *pro hoc vice*, with Mr.

Motion for Withdrawal
and Substitution of Counsel - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
206-683-2020

Engelhard as local counsel, and to allow appointed counsel, Sean Gillespie, to withdraw as counsel of record.

BASIS FOR MOTION

The Indictment, filed on March 4, 2020, charges Defendant Garza and three other defendants with Conspiracy to Mail Threatening Communications and to Commit Cyberstalking. *Dkt.No.16*. Upon his arrest in Arizona, Defendant Garza retained to represent him on this matter.

RESPECTFULLY SUBMITTED this 1st day of April, 2020,

s/ Sean Gillespie
Sean P Gillespie
Attorney for Defendant

s/ Scott J. Engelhard
Scott J. Engelhard
WSBA #13963
Attorney for Defendant

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff using the CM/ECF system.

Respectfully submitted this 1st day of April, 2020,

s/ Scott J. Engelhard
Scott J. Engelhard, WSBA #13963
Attorney for Defendant

Motion for Withdrawal
and Substitution of Counsel - 2

SCOTT J. ENGELHARD
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
206-683-2020