|  |  |
|---|---|
| Plaintiff, | Case No. __CR20-032 JCC__ |
| v. | |
| __JOHNNY ROMAN GARZA__, | AGREEMENT TO SUPERVISE DEFENDANT |
| Defendant. | |

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1)  I will generally supervise the defendant;

(2)  I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3)  If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4)  OTHER:

_____

_____

DATED this __8th__ Day of __April__, 20__20__.

__Stacey Ehrig__  
Print Name

__[signature]__  
Signature