**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Seth Apfel Az. No. 032225
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Garza*

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Johnny Roman Garza,<br><br>　　　　Defendant. | Case No.: 2:20-cr-00032-JCC<br><br>**MOTION TO APPEAR TELEPHONICALLY; REQUEST TO SET CHANGE OF PLEA HEARING**<br><br>*(Defendant is Out Custody)* |

Defendant, Johnny Roman Garza, by and through counsel undersigned, respectfully requests that this Court set a change of plea hearing, and allow defendant and undersigned counsel attend the hearing telephonically.[1]  The prosecutor has indicated that he does not object to telephonic appearance by the defendant and by counsel.  Mr. Garza consents to waiving his physical presence and to proceeding telephonically.

---

[1] For purposes of this motion, "telephonically" is intended to mean either by phone or video, at the Court's discretion based upon available technology.

In this case, the interests of justice as well as practical considerations support permitting both counsel and the defendant to conduct the change of plea hearing telephonically based on the following:

1. Due to the ongoing pandemic and high levels of Covid in both Arizona and Seattle, it is not safe for either the defendant or counsel to travel to Seattle from Arizona or back from Seattle to Arizona.

2. Given that traveling between Phoenix and Seattle requires flight, and a flight requires spending time in a small enclosed area with an unknown number of people who may or may not have been exposed to Covid, it is generally not safe to fly at this time.

3. Technology exists to allow the change of plea to be conducted telephonically.

4. It would impose an undue hardship and expense upon the defendant to require travel to Seattle for the hearing, given the cost of the flight for the defendant and counsel, and the cost of staying in Seattle for at least one night for both the defendant and counsel.

5. The parties have reached a plea agreement, and wish to enter it and begin the process of working on a future sentencing proceeding, including the presentence interview process.

6. In the absence of proceeding telephonically, the defense will need to continue the case for the foreseeable future until it is safe to travel, wasting

judicial resources given the need for a trial date to remain in place and continuances to be filed.

In consideration of the above, it would be in the interests of justice to allow the defendant and counsel to appear telephonically in order to conduct a change of plea hearing. Accordingly, Mr. Garza respectfully requests that the Court set a change of plea hearing, and allow the both him and counsel to appear telephonically.

RESPECTFULLY SUBMITTED this 11th day of August, 2020.

**SUZUKI LAW OFFICES**

*/s/ Seth Apfel*
Seth Apfel, Esq.
Attorney on Behalf of Defendant Garza

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. John C. Coughenour
U.S. District Judge
700 Stewart Street, Suite 2310
Seattle, WA 98101

Thomas M. Woods
U.S. Attorney's Office
700 Stewart St, Ste 5220
Seattle, WA 98101-1271

Scott J. Engelhard
Law Office of Scott Engelhard
1700 Seventh Ave, 2100
Seattle, WA 98101

**SUZUKI LAW OFFICES**

*/s/ Seth Apfel*
Seth Apfel
Attorney on Behalf of Defendant Garza