THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHNNY ROMAN GARZA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On August 20, 2020, the Court continued the status conference set for September 15, 2020, to October 20, 2020. (*See* Dkt. No. 107.) Defendant has now filed a waiver of his speedy trial rights up to and including October 20, 2020, "to accommodate the need to reschedule the status conference." (Dkt. No. 111 at 1.) The Court hereby FINDS that the time until the October 20, 2020 status conference is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

//

//

//

MINUTE ORDER
CR20-0032-JCC
PAGE - 1

DATED this 27th day of August 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
