WA/WD PTS-NoAction
(01/19)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 10/01/2020

**Name of Defendant:** Johnny Roman Garza                    **Case Number:** 2:20CR00032JCC-004

**Name of Judicial Officer:**  The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge

**Original Offense:**  Ct. 1: Conspiracy to Mail Threatening Communications and to Commit Cyberstalking

Cts. 2-4: Mailing Threatening Communications

**Date Supervision Commenced:** 04/03/2020

Bond Conditions Imposed

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington and Maricopa County and Pinal County within the District of Arizona, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning technology via mobile application. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge                                     Page 2
Report on Defendant Under Pretrial Services Supervision                                              10/1/2020

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, software, and any/and all electronic devices/media.

  The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- Release on third-party custody to: Stacey Ehrig

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

**Nature of Noncompliance**
1. Consuming marijuana on or about September 25, 2020, in violation of a bond condition

**Supporting Evidence:** The defendant is currently under pretrial supervision out of the District of Arizona. On September 30, 2020, the pretrial officer conducted a home inspection, and based on the defendant's peculiar behavior, the officer requested a urine sample for drug sample. The defendant claimed he could not produce a sample, and then admitted to using marijuana three times in the last month. He signed an admission form which states his last date of use was on or about September 25, 2020.

This is the defendant's first positive result since his release to supervision.

**United States Probation Officer Action:**
☒       Reprimand
☒       Increase in level of services at mental health treatment

I consulted with Assistant United States Attorney Thomas Woods as well as defense counsel Scott Engelhard, and they concur with my recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge
Report on Defendant Under Pretrial Services Supervision

Page 3
10/1/2020

I swear under penalty of perjury that
the foregoing is true and correct.


Executed on this 1st day of October, 2020.


*Leona Nguyen*

Leona Nguyen
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:


*Jill E. Fult*

Patrick E. Robertson
Supervising United States Probation Officer

---

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other


Brian A. Tsuchida, Chief United States Magistrate Judge

Oct 1, 2020
                              Date