THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0032-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOHNNY ROMAN GARZA, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for a remote hearing (Dkt. No. 133). Having thoroughly considered Defendant's briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

Defendant pled guilty to conspiracy to mail threatening communications, to commit stalking, and to interfere with federally protected activities. (Dkt. Nos. 94, 114, 116.) Defendant's sentencing hearing is scheduled for December 8, 2020. (Dkt. No. 114.) The Court may conduct a felony sentencing hearing by video conference if the Court finds that the sentencing cannot be further delayed without serious harm to the interests of justice. *See* W.D. Wash., General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Defendant moves to conduct his sentencing hearing remotely, describing the dangers inherent in traveling from his residence in Arizona for sentencing in light of the current pandemic and his desire to proceed

with sentencing now in order to begin to make amends for his actions. (Dkt. No. 133.) On this record, the Court FINDS that Defendant's sentencing "cannot be further delayed without serious harm to the interests of justice." W.D. Wash., General Order 04-20, at 2–3 (Mar. 30, 2020).

For the foregoing reasons, Defendant's motion to conduct his sentencing hearing via video or teleconference (Dkt. No. 133) is GRANTED.

DATED this 19th day of October 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE