**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Seth Apfel, Esq. No. 032225
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Garza*

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00032-JCC |
| Plaintiff, | **NOTICE OF FILING** |
| vs. | |
| Johnny Roman Garza, | |
| Defendant | |

COMES NOW Defendant, Johnny Roman Garza ("Mr. Garza"), by and through hereby submits the following:

1. Letter dated December 9, 2020, from Barbara Gonzales;

2. Letter from Sophia Best.

RESPECTFULLY SUBMITTED this 9th day of December, 2020.

        **SUZUKI LAW OFFICES**

        */s/*    *Seth Apfel*
        Seth Apfel, Esq,
        Attorneys for Defendant *Garza*

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Raner C. Collins
Hon. John C. Coughenour
U.S. District Judge
700 Stewart Street, Suite 2310
Seattle, WA 98101

Thomas M. Woods
U.S. Attorney's Office
700 Stewart St, Ste 5220
Seattle, WA 98101-1271

                                            /s/     Seth Apfel
                                                      Seth Apfel, Esq,
                                                      Attorneys for Defendant *Garza*

My Prayer to the Court,                                                        Wednesday, December 9, 2020

My name is Barbara Gonzales.  Johnny Roman Garza is my nephew, his family and friends call him "Roman".   I want the court to know who Roman is, he grew up with an education of being home schooled, on his own he studied and took the General Education Development (G.E.D) test, he then began job employment and at times he worked 2 jobs, he wanted to belong somewhere, he joined the Navy, he was unable to complete boot camp, he sat and waited 3 weeks to be sent home, he didn't complain, he complied.  During family gatherings he greeted everyone with a smile, a warm embrace, he has a good sense of humor, he joked around, made everyone laugh. Roman is fun, loving, warm, respectful young man.

When we found out what had happened, our family was shocked by all this and saddened for the victims as well, as we have experienced fear, intimidation, prejudice by Government and Law enforcement, someone of authority that is supposed to protect all citizens, and treat us equal, but what do we do, we live in fear of those who are supposed to protect us. Roman is a regular citizen who did wrong by placing a poster, the fear is there and does not go away.

 What you read about him or hear about him from people that don't know him, will cause negative judgment on him, there was a time of darkness in Roman's young life, those actions are why he is here today, he got involved with an organization that did not have his best interest, Roman has owned the wrong he did, he apologized over and over to family, he regrets what he did, more so he whole heartedly many times has expressed remorse for the fear, sadness he may have caused the victim and the victims family, he has cried with regret for instilling this fear on people he didn't know.

The last 9 months Roman has been with an ankle monitor on house arrest, he doesn't complain, he complies, I may have seen him 2-3 times for a few minutes, the smile is gone, the warm loving embrace and respect for others is still there.

I am at the Mercy of the court, to please consider a sentence of Probation, Roman has not been a problem to the Judicial system, no prior criminal history, incarcerating him in a detention center is not a place for 1st time offenders and with this Covid-19 epidemic that is on the rise it will put him at risk. I believe he has learned from this and will become a productive citizen to society, if probation is granted, he has support from his family to do right.

Thank you,

Barbara Gonzales

To the Court,

In the time I've known Roman, he has always been a good person. His motus operandi has always been to be a polite, intelligent, and funny character wherever he is! He has always tried to cheer me up when I've been feeling blue because that's just the kind of guy he is.

Unfortunately, being young he had fallen into a rabbit hole of lies and deception... he confided in me in late January/early February that he had done something awful. Roman told me what occurred and I could tell he was so remorseful and was kicking himself for doing something so dangerous. Due to my similar views at the time, I really worried what this would mean for him.

We lost touch when he went to jail but have just recently been talking again.  I was shocked to find him not only warning me against the beliefs I had been spoon-fed by my father, but that he had found Jesus while he was locked up. I had already changed my sickening beliefs during the time he was away (as I found a partner who my dad would not like based on skin tone) and we have found a sort of connection during the process.

We have spent countless hours talking about how we came the think the way we did and how it was wrong and why it was wrong. He has expressed a hatred for himself for having believed those terrible things and I can relate. But, with help from Jesus, and his own self, I can 100% say that Roman has turned himself around for good. I think it would be a disservice for Roman to go back to jail, he's never been a violent person and he would never dare repeat his actions again.

Sincerely,

Sophia Best