**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Seth Apfel Az. No. 032225
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Garza*

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| United States of America, | ) | **Case No.: 2:20-cr-00032-JCC** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REQUEST FOR PERMISSION TO** |
| vs. | ) | **PARTICIPATE IN INTERVIEW** |
| | ) | |
| Johnny Roman Garza, | ) | *(Defendant is Out Custody)* |
| Defendant. | ) | |

Defendant, Johnny Roman Garza, by and through counsel undersigned,

respectfully requests that this Court permit him to participate in a television interview via

Zoom.

Mr. Garza was recently sentenced, and has been permitted to remain out of

custody until after the holidays.  Following the sentencing, undersigned counsel received

an email from Christopher Ingalls, who is a reporter from King 5 News in Seattle.  Mr.

Ingalls is also a victim in the case, having received a threatening letter in his mailbox.

According to Mr. Ingalls, he and his station are running a series on issues related to race.  He asked specifically if Mr. Garza would be willing to participate in an interview for that programming.  He believes that Mr. Garza can help explain to his viewers who the people are that get caught up with these groups, what motivates them, and how they come to be involved in such groups.

Undersigned counsel spoke with Mr. Garza, who would like very much to participate in the interview.  As discussed during his sentencing, he wants very badly to make amends for his actions in this case, and to help others understand how people become involved in hate groups, and to avoid such involvement.  He believes this interview will be a first step in that process, one of many to come.

Mr. Ingalls indicated that he would like the interview to occur via Zoom or other online video platform, since it is for television.  As such, Mr. Garza seeks this Court's permission for an exception to his release conditions to allow him to participate in the interview.

Undersigned counsel contacted the assigned prosecutor, who indicated he takes no position.

Undersigned counsel contacted the assigned pretrial services officer here in Arizona, who defers to the probation department in Washington.

In accordance with the above, Mr. Garza seeks permission from this Court to participate in the interview with Mr. Ingalls via online video chat program as requested by Mr. Ingalls.

RESPECTFULLY SUBMITTED this 15th day of December, 2020.

**SUZUKI LAW OFFICES**

*/s/ Seth Apfel*
Seth Apfel, Esq.
Attorney on Behalf of Defendant Garza

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on December 15, 2020, I electronically transmitted the

4    attached document to the Clerk's Office using the CM/ECF System for filing and

5    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6

7    Hon. John C. Coughenour
     U.S. District Judge

8    700 Stewart Street, Suite 2310
     Seattle, WA 98101

9

10   Thomas M. Woods
     U.S. Attorney's Office

11   700 Stewart St, Ste 5220
     Seattle, WA 98101-1271

12

13   Scott J. Engelhard
     Law Office of Scott Engelhard

14   1700 Seventh Ave, 2100

15   Seattle, WA 98101

16

17                          **SUZUKI LAW OFFICES**

18                          */s/ Seth Apfel*
                            Seth Apfel
19                          Attorney on Behalf of Defendant Garza

20

21

22

23

24

25

26

27

28