IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Johnny Roman Garza,<br><br>    Defendant. | Case No.: 2:20-cr-00032-JCC<br><br>**ORDER RE REQUEST FOR PERMISSION TO PARTICIPATE IN INTERVIEW**<br><br>*(Defendant is Out Custody)* |

UPON Motion to Appear Telephonically and; Defendant presenting good cause for this request and, good cause appearing therefore;

IT IS ORDERED ALLOWING, Defendant permission to participate in the interview with Mr. Ingalls via online video chat program as requested by Mr. Ingalls.

DATED this  16th  day of  December , 2020.

_____
Hon. John C. Coughenour
U.S. District Judge