1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Honorable Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR20-032JCC |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM |
| TAYLER ASHLEY PARKER-DIPEPPE, | ) | |
| Defendant | ) | |

COMES now the defendant by and through counsel, MAZZONE LAW FIRM, PLLC, by

Peter Mazzone, and provides the information contained herein and attached hereto in

mitigation of punishment.

**A.  STATUS OF CASE**

On September 21, 2020 Mr. Parker-Dipeppe pled guilty to Conspiracy to Mail

Threatening Communications and to Commit Cyberstalking in violation of 18 U.S.C. Sections

371, 876 and 2261A. The offense has a statutory maximum of five (5) years imprisonment

with no mandatory minimum. If probation is imposed, it can be for up to five years. Mr.

Parker-Dipeppe's total offense level, as calculated by the probation department is 23 which,

coupled with a criminal history category of I, yields a standard range of 33-41 months

Defendant's Sentencing Memorandum - 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

incarceration. As argued below, however, we urge the court to spare Mr. Parker-Dipeppe a prison term and instead sentence him to a five-year probationary term with any conditions the court deems necessary. Given the unique circumstances in this case, incarceration would be highly detrimental to Mr. Parker-Dipeppe's health and well-being and would also greatly interfere with his on-going recovery process.

## B. OBJECTIONS TO PRESENTENCE REPORT

The original presentence report was received on November 16, 2020. Aside from some minor corrections, the defense had no objections to that report. We have not yet received probation's final report and recommendation.

## C. DEFENSE RECOMMENDATION

**1. The Defendant.** The defendant's story is a sad one. It is discussed in great detail by Dr. April Gerloch, a psychologist who conducted a comprehensive evaluation of Mr. Dipeppe in November of 2020. (Appendix 1). Highlights of Parker-Dipeppe's extraordinary history are also presented below in the context of the sentence recommendation.

Taylor Ashley Parker-Dipeppe is a 21year-old transgender man who goes by the name Tyler.[1] He endured a horrific childhood in Egg Harbor, New Jersey due to his gender dysphoria and unaccepting father. To fully appreciate the impact these two factors had on Tyler's psyche, and the reason why he became vulnerable to Atomwaffen's propaganda, requires some background.

When Tyler was five years old, his father Henry and his mother Suzanne, were living apart and dating other people. Tyler was having a difficult time with his gender identity and

---

[1] Whereas Parker-Dipeppe has started the transitioning process and has had breast removal surgery, transition is incomplete, and his female genitalia remain intact.

Defendant's Sentencing Memorandum - 2

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

informed his mother that he wanted to be a boy. Over time Tyler's mother accepted that fact, and started buying Tyler boy toys and clothes, but his father, Henry, adamantly opposed the idea. Within a few years, the couple officially separated, and Henry was awarded temporary custody of Tyler. Because Henry was totally unable to accept Tyler's gender identity, he disposed of all Tyler's boy clothes and toys and insisted that he dress like a girl, and act like a girl, or Henry would "beat [Tyler's] ass." Henry and his new wife also began alienating Tyler from his biological mother by claiming that: 1) she was a drug addict, 2) she had killed her new husband "Tommy," and 3) Tyler would not be seeing her anymore. Instead, Tyler would be living with them full time. As a result, by the time Tyler was ten years old, he was convinced that his biological mother had killed his new stepfather - a person he really liked – and he stopped contacting his mother altogether.

By the time he was thirteen, Tyler could no longer hide his gender identity. He told his father that he was attracted to women and wanted to transition to become a male. He started dressing as a boy and going to school in boy clothes and soon after began taking testosterone. This led to constant physical abuse by his father, emotional abuse by his stepmother, and constant heckling at school. He had no friends, he was constantly bullied and intimidated, and universally referred to as "a weirdo," "the faggot," or "the lesbian."

Not surprisingly, Tyler developed acute psychological problems and was prescribed medications for severe depression and anxiety while in high school. The bullying escalated, and even though high school administrators were alerted on several occasions, they took no action. Tyler became so terrified to go to school that he began carrying a knife to defend himself. Unfortunately, the knife was discovered by school officials one day when he tried to

Defendant's Sentencing Memorandum - 3

defend himself from a beating. Unable to gain the upper hand even with the knife, Tyler was beaten up severely *and* suspended from school for having the knife. He finally filed a lawsuit against the school for failing to provide a safe environment for him and, after two years of litigation, when he was 19 years old, he accepted a $50,000 settlement from the school.

By that time, Tyler had begun self-medicating with Adderall, opioids, marijuana and anything else he could find. His father demanded money from his lawsuit earnings for "expenses" incurred while living with him. Tyler gave his father $13,000, spent a considerable amount of money on drugs, and used the remainder to pay for the first phase of gender reassignment surgery. This led to more physical abuse by his father and, after being severely choked by him on one occasion, Tyler had enough. He reconnected with his mother, who was living in central Florida and began speaking with her about leaving his dad. After several heart-to-heart discussions she invited him to come down to Florida and live with her. Following these discussions Tyler left New Jersey in 2018 and moved to central Florida to live with his mother.

The move to Florida came with its own problems. While his mother was infinitely more pleasant and understanding than his father, she was dating an alcoholic who did not accept him. He also ran out of his psychotropic medications, could not afford more and became more vulnerable to his psychological condition. In addition, being new to rural central Florida and not knowing anyone he felt totally isolated and lonelier than ever.

On several occasions his mother's boyfriend assaulted Tyler. During one incident the boyfriend got drunk, kicked in the front door of the house when Tyler refused to let him in, and severely beat Tyler, breaking his front tooth, and slamming his head onto the driveway.

Defendant's Sentencing Memorandum - 4

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

Tyler became very upset and distraught and, lacking his medications, he experienced a nervous breakdown. When the police arrived, the boyfriend blamed the incident on Tyler who was acting suicidal and, believing that Tyler was a danger to himself, involuntarily committed him to a psychiatric hospital. He was diagnosed with schizophrenia, post-traumatic stress disorder, severe anxiety and depression.

That incident caused a huge fight between Tyler's mother, Suzanne, and her then boyfriend. She asked him to move out of her house, separated from him, and began focusing on Tyler's obvious psychological needs. Tyler began seeing several mental health care providers at Bay Care Behavioral Health following his release from the hospital and began following a regimen of psychotropics aimed at restoring his mental health. But due to his mother's ambitious work schedule he found himself alone at home, on a daily basis with the internet as his only outlet.

**2. Atomwaffen.**  The Atomwaffen Division (AWD) is a neo-Nazi network that operates largely in North America and Europe. The group is responsible for lots of racial criminal activity, including murder. In 2018 the group was depicted negatively by the media, and the group's leaders sought retaliation. They sought to coordinate an "operation" known as Operation Erste Saule aimed at sending threatening messages to media personnel in an effort to stop them from exposing Atomwaffen in a negative light. The way they chose to do this was to make aggressive, threatening posters, find media personalities' home addresses, then affix the posters onto their homes in order to scare them into compliance.

Mr. Cole and Mr. Shea, two Atomwaffen leaders and co-defendants in this case, were the organizers of this campaign against the media. Mr. Cole was the mastermind of the

Defendant's Sentencing Memorandum - 5

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

operation and primarily responsible for creating the posters for it, while Mr. Shea was responsible for recruiting people for the campaign, coordinating it, and executing it. The objective of the group's leaders was to find other more gullible and vulnerable individuals to carry out the operation to avoid prosecution. Mr. Shea accomplished this by recruiting Atomwaffen members through online chat groups, and ultimately convincing them that delivering threatening posters to journalists' homes was a worthwhile endeavor. He also coordinated the operation with group members in various states so that it was carried out in various parts of the country at the same time for added impact.

**3. Defendant Meets Atomwaffen.** Ever since Tyler was shunned by his peers in New Jersey, during his high school days, he wanted desperately to be accepted by other boys and cultivate friends in any way possible. He initially tried to connect with the LBGTQ crowd, but became discouraged with them, when he felt pressured by them to adapt to their views. He began chatting with various on-line chat groups and eventually became friendly with members of an Atlantic City group known as the Inland Skins. He joined the group by being "jumped in" which required receiving a beating from other members of the group in return for acceptance into the group and protection from the group. For the first time in his life Tyler felt like he was a part of a "boys club" that required him to show "toughness" by having to endure a beating before being included.

When Tyler moved to Florida, he began socializing on Instagram with an individual claiming to be involved in the Atomwaffen group. Lacking friends and being transgender, he had few options in Florida and, as a result, gravitated toward Atomwaffen members who were constantly chatting on social media. Due to his past experiences with the Inland Skins, he had

Defendant's Sentencing Memorandum - 6

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

something in common with them and viewed the group as an emotional outlet, but also realized that he had to hide his transgender status from them because they strongly opposed any LBGTQ affiliation. This was not difficult to do, however, because most of the interaction with the group was through Instagram.

Tyler quickly found out that the Florida Atomwaffen cell was led by a 16-year-old boy known as Lazarus and consisted of ten or so members most of whom were 15 and 16 years old. The group was receptive of Tyler because he had a car, and this, in turn, made him feel accepted and part of a special comradery. He was the oldest of the group, still had to take orders from Lazarus and do as he was told. He was told to drop out of college, which he did, and was constantly directed to drive others around as all the group members relied on him for a ride. Within the group Tyler became a total follower and did everything that Lazarus recommended. But he also felt he "passed" as a man, was accepted by a "manly" club, and was part of a group that would fight for him if necessary, as long as no one found out that he was actually transgender.

It was during this time that Atomwaffen leaders from other parts of the country decided that the Florida group should "prove themselves" by affixing posters on the homes of journalists and Jews because the media had been casting Atomwaffen in a "bad light," and the Jews, of course, controlled the media. This idea was not one that had originated by any member of the Florida group. Rather, it was specifically relayed to the group by Atomwaffen leaders. Shortly after receiving the message to "prove themselves," co-defendant Shea provided the group with computerized images of posters with directives to print them out and post them. No specific journalists or Jews were identified as targets; the group was simply

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

told to affix the posters on the homes of any Jews or journalists. The group was also given a specific date when the task had to be accomplished.

**4. The Incident.** On January 22, 2020 the directives of Atomwaffen leaders Cole and Shea were carried out by Tyler, and A.F., a teenage Florida cell member. Tyler was the designated driver because he was the only person with a car. It was A.F. who was assigned to affix the poster to the home they believed to be owned by a local media personality. On that night, the two young men drove to St. Petersburg and pulled up in front of the target house, where A.F. ran up, affixed the poster on the house, and ran back to the car which then drove away. Some time later, A.F. and Tyler discovered that they had driven to the wrong place, and had affixed the poster on a random house, rather than a house belonging to a media personality.[2]

Shortly after these events Tyler became convinced that Atomwaffen would learn that he was transgender. He was also afraid that the group would be upset by that and do great harm to him. He spoke to his mother and told her that: 1) he had become involved in a politically active group, 2) he was afraid they would find out he was transgender, 3) some of its members knew where he lived, and 4) he was afraid of what hey might do if he quit the group. Heeding his mother's advice, he contacted Shea through the internet, told him that he was transgender and that he wanted out of Atomwaffen. He was immediately kicked out of the group and, to this day still fears retaliation.

**5. The Aftermath.** Tyler was arrested on February 26, 2020 in Florida. Federal and local agents, using tear gas grenades, kicked in the front door of Tyler's home, seized him,

---

[2] To our knowledge, neither A.F., nor any other Florida participant was ever charged in federal or state court.

Defendant's Sentencing Memorandum - 8

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

and detained him in a federal facility in Tampa. He was transferred to the Western District of

Washington on March 3, 2020 where he was again detained. He made his initial appearance in

Washington on March 27, 2020 but was again remanded to custody. On April 3, 2020,

following his arraignment and detention hearing he was placed on bond and released with the

special conditions of drug testing, location monitoring and mental health treatment.

Tyler has not only thrived while on pre-trial supervision, but he has also made gigantic

strides toward his mental health recovery. In April 2020 he began treatment with Felicia

Byers Webb, a mental health provider affiliated with pre-trial services. (Appendix 2). Under

her guidance he began to develop into a confident and successful individual. He began

working alongside his mother in her pressure washing business, proposed to his girl friend

and exceeded all of Webb's expectations. He made tremendous progress with his

schizophrenia and depression and remained wholly compliant with his pre-trial services

obligations.  His remarkable progress prompted Ms. Webb to write the following in

September 2020:

> It is my highest opinion that to remove [Tyler] from his successful support
> system could derail all progress he has made since entering into treatment
> with this clinician. Please consider my recommendation for Taylor (Tyler)
> as I have the highest faith in his ability to continue making good progress,
> and good decision-making skills for his future.

By November 2020 pre-trial services petitioned the court to reduce the level of Tyler's

location monitoring restriction and the court agreed. In December 2020 Tyler married his

girlfriend, Theresa Buchan, and was hired by the Holiday Inn Express in his hometown of

Spring Hill, Florida. This continued progress once again impressed his treatment provider. In

subsequent letters to undersigned counsel in December, 2020 and January 2021, she reiterated

Defendant's Sentencing Memorandum - 9

that removing Tyler from his current support system "could derail all progress he has made since entering into treatment." (Appendix 2). In fact, Ms. Webb has developed such a strong bond with Tyler that when pre-trial services could no longer fund her services, Tyler began working two jobs (at the hotel and the pressure washing job with his mom) to continue his treatment sessions with her.

**6. The Future.** For the first time in years Tyler Parker-Dipeppe feels proud of his recent accomplishments. Remaining drug free and sober; taking all his prescribed medications to address his mental health; marrying Theresa; becoming gainfully employed; establishing a positive relationship with his mother, are all things he only dreamed of a short time ago. And, while he realizes his psyche is still very fragile, he looks forward to his treatment sessions with Ms. Webb who has been so patient and understanding with him as he began slowly embarking on a positive path in life.

He is deeply ashamed of his involvement in the incident that has brought him before this court, remains profoundly apologetic for associating with people whose views he abhors, and cannot believe that he reached such a low point in his life that he allowed himself to engage in conduct that is wholly inconsistent with his entire creed. (Appendix 3). His mother, Suzanne, and his wife, Theresa, love him dearly; are optimistic that Tyler will continue to improve and develop into a devoted son and loving husband; and are happy that he continues to improve in remarkable ways. (Appendix 4).

Ryan Cornelius, the manager at the Holiday Inn Express where Tyler now works, and Holly Colson, Tyler's immediate supervisor at that hotel, believe that Tyler's involvement in "political vandalism" was clearly atypical and must have been a "one-time event" based on

Defendant's Sentencing Memorandum - 10

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

1    their observations. (Appendix 5). They describe him as having "taken steps in his personal life

2    that is [sic] improving his mindset and care for others," progressing into a "dedicated,

3    hardworking and trustworthy person," and quickly becoming a "model team member." *Id.*

4         Dr. Gerloch wrote the following regarding Tyler's future:

5

6         I agree with [Ms. Webb's] assessment and add that incarceration places
          [Tyler] at both psychological and physical risk of violence and abuse. He
7         has not fully physically transitioned to male and placing him in a woman's
          prison would make him and the women uncomfortable.  Placing him with
8         men puts him at risk of being targeted and physically assaulted.  Even
          accepting conditional protection would likely result in negative
9         consequences for him.  His depression, anxiety/panic, and PTSD
          symptoms are likely to drastically worsen.  He has a long history of
10        uncertain psychological stability, with recent gains because he now has a
          reliably safe environment with a steady routine of hard work and family
11        support. I recommend that he continue his current sanctions of home and
          probation monitoring, as well as continuing with his established mental
12        health.

13

14        (Appendix 1). We agree with both Ms. Webb and Dr. Gerloch. It would be extremely

15   detrimental to Tyler's mental health to incarcerate him at this point in his recovery. His

16   participation in the conspiracy was de-minimis in nature and, in large part, resulted from his

17   severe psychological sexual identity problems. Subjecting Tyler to incarceration would: 1)

18   greatly undermine his mental health treatment, 2) unnecessarily delay his final gender

19   reassignment surgery, 3) gravely interfere with his rehabilitation, 4) create severe housing and

20   security problems for the Bureau of Prisons, and 5) re-victimize him all over again. He has

21   been victimized enough. To incarcerate him at this juncture, given his extreme vulnerability

22   and his limited role in this offense, would amount to cruel and unusual punishment.

23

24

25

Defendant's Sentencing Memorandum - 11

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

**D. CONCLUSION**

For all the foregoing reasons we urge the court to sentence Tyler Parker Dipeppe to a

five-year probationary term with all conditions the court deems necessary.

Respectfully submitted this 4th day of February, 2021.

*/s/ Peter Mazzone*
Peter Mazzone WSBA #25262
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the February 4, 2021 I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the attorney(s) and persons of record.  I hereby certify that I have served all non CM/ECF

participants via United States Postal Service.

s/ Aleshia Johnson

Aleshia Johnson
Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
425-259-4989 (voice)
425-259-5994  (fax)
aleshiaj@mazzonelaw.com

Defendant's Sentencing Memorandum - 12

1
2
3
4
5
6
7
8

# APPENDIX 1

Dr. April Gerloch's Evaluation

## FILED UNDER SEAL

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Defendant's Sentencing Memorandum - 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# APPENDIX 2

Mental Health Provider, Felecia Byers Webb's Character Letters (3)

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

# PERC

Phone: (855) 505-7372
Fax: (727) 600-8096
Email: info@exoffender.org

www.exoffender.org

September 30th 2020

To whom it may concern:

I am pleased to write this character reference for Taylor (Tyler) Parker-Dipeppe.
Taylor (Tyler) Parker-Dipeppe. Has been in treatment with me r for five months, and attended sessions on a regular basis, and in that time, I was able to watch Taylor (Tyler) grow into a confident, focused, and successful individual with treatment.

Taylor (Tyler) has demonstrated a high level of dedication and motivation during his sessions both in terms of successfully handling his probation, having a strong support system at home, and dedication to improving techniques to reduce stress and anxiety. Taylor (Tyler) is also very motivated and dedicated to continue employment in a family business.

Taylor (Tyler)is also an extremely goal driven person, who has always shown an ability to meet his goals, and exceeded my expectations. Therefore, I am confident that Taylor (Tyler) will be able to show the same level of continued commitment to be a productive member of society. Due to Taylor's (Tyler's) hard work and progress with his depression, it is my recommendation that Taylor (Tyler) remain in his mother's home where he has flourished and made great achievements regarding his mental health and has succeeded in his goals to obtain employment, work on his coping skills, and remain compliant with his probation.

It is of my highest opinion that to remove him from his successful support system could derail all progress he has made since entering into treatment with this clinician. Please consider my recommendation for Taylor (Tyler) as I have the highest faith in his ability to continue making good progress, and good decision-making skills for his future.

Respectfully,

Felicia Byers Webb, MA; IMH

Outpatient Services

People Empowering & Restoring Communities (PERC)

727.614.2980

Fbyers-webb@exoffender.org

December 4th 2020

To whom it may concern:

I am pleased to write this character reference for Taylor (Tyler) Parker-Dipeppe.
Taylor (Tyler) Parker-Dipeppe, continues to come to treatment on a regular basis. Taylor (Tyler) continues to grow into a confident, focused, and successful individual with treatment.

Taylor (Tyler) continues to demonstrate a high level of dedication and motivation during his sessions both in terms of successfully handling his probation, having a strong support system at home, and dedication to improving techniques to reduce stress and anxiety. Taylor (Tyler) is also very motivated and dedicated to continue successful employment with his family business, and working at the Holiday Inn Express.

Taylor (Tyler) continues to be an extremely goal driven person, who has always shown an ability to meet his goals, and continues to exceed my expectations. Therefore, I continue to be confident that Taylor (Tyler) will be able to show the same level of continued commitment to be a productive member of society. Taylor's (Tyler) continues to work hard and, progress with his depression, it is my recommendation that Taylor (Tyler) remain in his mother's home where he has flourished and made great achievements regarding his mental health and has succeeded in his goals to obtain employment, work on his coping skills, remain compliant with his probation, and is in a supportive long-term successful relationship.

It continues to be of my highest opinion that to remove Tyler from his successful support system could derail all progress he has made since entering into treatment with this clinician. Please consider my recommendation for Taylor (Tyler) as I have the highest faith in his ability to continue making good progress, continue his treatment, and good decision-making skills for his future.

Respectfully,

Felicia Byers Webb, MA; JMH
Outpatient Services

People Empowering & Restoring Communities (PERC)

727.614.2980

Fbyers-webb@exoffender.org

January 8th 2021
To whom it may concern:

I am pleased to write this character reference for Tyler Parker-Dipeppe. Tyler has been in treatment with me since April 2020, and has attended sessions on a regular basis, and in this time, I have been able to watch this client grow into a confident, focused, and successful individual with his treatment however, with some setbacks he has been able to recover, and stay focused in treatment.

Tyler has demonstrated a high level of dedication and motivation during his sessions. Tyler during his sessions is forthcoming and actively participates. Through treatment, this client continues to grasp the correlation between poor decisions and loss of control concerning consequences and presents as highly motivated toward positive change in his life.

Tyler also shows a strong desire and participation to meet his goals. I am confident that Tyler will be able to show the same level of continued commitment to be a productive member of society. It is my recommendation that Tyler remain in treatment with this clinician where he has shown significant progress, and has been forthcoming regarding his history. It is my belief that with continued support, Tyler will succeed in his goals, work on triggers, and continue to work on modifying his behaviours` to remain compliant with his probation.

It is of my highest opinion that to remove him from his successful support system could derail all progress he has made since entering into treatment with this clinician. Please consider my recommendation for Tyler as I have the highest faith in his ability to continue striving, and make progress towards his goals to be successful in society.


Respectfully,

Felicia Byers Webb, MA; IMH
Outpatient Services

People Empowering & Restoring Communities (PERC)

727.614.2980

Fbyers-webb@exoffender.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# APPENDIX 3

Letter of Acceptance of Responsibility

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

To whom it may concern,

I am sorry for the way I acted and even more sorry towards the families I scared as well as intimidated. Sometimes I do sit here and wonder why I did what I did with no exact answer. The doctors and therapists say it has a lot to do with my upbringing and I don't disagree at all. A lot of my childhood is a blur to me I can only really remember the bad things that happened. My mom often asks me if I can recall certain things from when I lived with her in the past, unfortunately most times if not all I can't. I am just understanding now at twenty-one years old that my dad is a lot at fault for the way I feel about myself, how I perceive the world, and how I handle dealing with people. I have practically hated myself my whole life, I always thought the world is full of hate without redemption. Most importantly I felt and still do feel that no person can be trusted and there is a murderer at every

corner. Since my realization of this, I truly have been trying my best to distance myself from him but it is hard to do so. I feel like I owe him something all the time and it tears me apart because I never feel good enough for him. This is an endless cycle since my childhood. I always wanted to feel good enough for him but was never able to pull through especially when I transitioned. I couldn't peak in high school like he did, I didn't go in the military as he expected me to either — on top of that I dropped out of college twice. Although the first time was due to depression but the second time was listening to my "friends" it hurt he never asked me why I stopped going. Even after waking up to this, I still don't understand why I can't feel okay ever. I haven't been truly happy since I lived with my mom and I think my happiness died at the age of eight when my dad won custody. Temporary From there on it has felt like a dark cloud has been following me around. I guess I always had a sense of resentment for him taking me away from her. It got

worse when my step dad, Tommy died
that same year. Now I was upset because
I didn't see mom and I could never
see "otter daddy" again. My stepmom Stef
and my dad had me convinced my mom
was to blame for his death. They told
me she gave him drugs that ended his
life. So then I was angry at her,
we didn't speak for ten years because
of that. I didn't have my mom when I
needed her most in my life. There is a lot
we're trying to make up for now but
she wishes she could have protected me
from all the mental and physical abuse
I took from both Stef and my dad. I hurt
still because my mom had her suspicions
that I was up to no good; all I did
was look her in the eyes and lie to her.
Here I am coming back into her life and
all I had to do was trust that she loves
and cares about me and this whole problem
could have been avoided. At this point
I feel I let both my parents down with
no point of redemption and I don't know
what to do from here. I do know I
want to be happy and not go back and

form on whether I should be alive or dead. I know it's painful to be alive but I also want to see how this life plays out for me, I hope for it to get better. That's the other thing I need to mention. I had absolutely no friends here in Florida. I met the guys from Atomwaffen off instagram because our interests at the time matched, so I ended up joining because of those reasons. My friends in ▪ New Jersey practically forgot about me. I, in my own head had thought I didn't matter and wasn't doing anything with my life, so with that if they found out I was transgender and killed me I would have been happy because at least I made myself worthwhile. I know everyone is not understanding why I followed a ▪ sixteen year old as a "cult leader" but at the time I still wasn't right in the head. Now though, I have been doing a lot better due to all my therapy and wanting to get better. I own my own business now and have gotten engaged. Still this doesn't fix any sorrow, hurt, or anguish I have caused anyone. Not to mention the amount of hours the federal

government had to spend in hours of time
watching myself and this group, when
they could've used that time for ~~some~~
~~more~~ other cases. For this I apologize
as well. I want the families I hurt
by this to know that I truly meant
no harm and I am sorry for targeting
them. I will have to live with this for
the rest of my life and can only keep
growing as a person and continue bettering
myself as a person, since this has all
happened. I wouldn't have wanted this
to happen to my own family, and ~~it would~~ my
heart would be crushed if it did. So I
can't imagine what they were feeling
at the time. At the time of my arrest
I probably was not the nicest to the
FBI agents and I want to apologize
to them as well. So in closing I just
want everyone to know that no amount
of words will be able to express my
apologies, my pain, or the anguish and fear
that I inflicted on anyone and everyone
that my actions did. Once again, I
am so sorry for everything.
    Thank you, Tyler Parker-DiPeppe

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# APPENDIX 4

Letters in Support from Family

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

January 2021

To Whom it may concern;

My name is Suzanne Parker, Tyler Parker - D, Peppe's mother. (Taylor) I have rewritten this letter a few times, and realized you already have heard from Tyler's lawyer, Dr. Gurlock, and Felicia from PERC his history, and background on his Rough to say the least, life, and all the trauma he has endured over the course of age 8 through 18. So that's why I am just going to focus pleading, and explaining to the court why my son would be so much better off home with me on house arrest still and or probation. (or both). He's truely not the same kid that committed the crime for which he is charged. He absolutely needs to be held accountable for his actions, but to incarcerate him I feel will only completely set him back not only mentally but emotionally as well. Him being transgender is hard enough on him, and still struggles with it at times (I cant even imagine what he goes through - but so proud he's being himself). But having to struggle with a multitude of underlying issues (mental) on top of that, that over the course of the last 10 months or so have improved considerabally, as well as his outlook on life and having to accept and understand the gravity of his involvement in that group and his crime. They clearly prey on the

②

the vulnerable, weak minded people to
Recruit (Recruit) and knowing how bad
he just wanted to be just accepted by a group
of "guys" + be one of the "guys" over shadowed
his decision making skills and he was unable
to see, they were not only using him, but
brainwashing him as well at one of the most
emotionally unstable times in his life.
Since he has been home, he has been positive
contributing member of scociety. He is half
owner of the family business St J Handyman
Services LFL, LLC (St J Pressure Washing), as well as
second job at Holiday Inn Express full time.
His terms of house arrest have also
changed. he was given more "freedom." So
that in itself made a world of difference
in his mental state. He was so traumatized
when he came home from the arrest, incarser-
ation, and transfer to WA State. Being
transgender made it difficult in some
jails for him, with all over again being
"bullied," and disrespected by inmates, and staff
not having a place to put him or know where to
Besides solitary confinement. That brought
even more traumatic stuff to the surface.
And in a month or so's time he was mentally
beaten down, as well as emotionally, worse then
before the arrest. He wasn't the 'same' when
he finally came home in April 2020. With
as well as he's doing on House Arrest, and
has been in compliance of all that's asked of
him. Coupled with the fact he hasn't been

③

in any trouble as an adult, I can assure you he is scared to death, Remorseful as you can only imagine, and has learned, and is still learning lessons in all this. He is definetly not your typical 21 yr old. He is super naive, and easily manipulated, and talked into things, because he's trying to figure out how and where he fits in, in this world. So to say he's not the typically developed 21 yr old, but much younger would be way more like it. And the devestation him and I would go through if he had to go away - be away from me again (us again) would be super reversing his mental state, and petentally our relationship, after just getting back in each other's lives after 16 yrs (in 2017) Then seeing in 2018 each other in person, then his move down to me in FL 2019. I have and will always work tirelessly to get him help, and be there for him, just to be put in prison to have all the hard work he's put fourth be destroyed and essentially unraveled, would be devistating to not only him, but to myself and his new wife. Your Honor I am begging you to please show mercy for my son, and spare him any more emotional damage, and mental set backs. I Love my son very much I cant begin to describe the love for a child, my child. It's so deep when we were seperated b/c of his father for 16 yrs.

④

it literally hurt my heart painfully. I found out a broken heart is real. He has been going church as well for candle lighting and prayer, and fellowship. There is such a feeling of hopelessness on on my part as a mother, & he's in a situation I can't fix. Like I said before, I know he broke the law, and I am not asking for there to be no consequences. However, for your Honor to take into concideration all the trauma and lack of support and guidance from his Father. Along with his mental issues, and his transitioning. Please keep him out on house arrest and/or probation or both. You will not be disappointed. I garantee you. I will make sure of it. Thank you for taking the time to read this letter I am greatly appreciative. Again I can't even fathem being seperated from him again after 10yr. of it already, and jeopardize his mental state, and emotionaly stability would be so harmful to him, majorely set him back. Thank you again.

Sincerly,
Suzanne Parker

Suzanne Parker

To Whom it may Concern;

My name is Theresa Buchan, Tyler (Taylor) Parker-DiPeppe's wife. Trying to write this letter has been very difficult for me because I cannot Seem to find any words that seem good enough to talk about my husband and his Progress. Tyler and I have known each other since late September of 2019, we began dating in December the Same year, and recently got married in December of 2020.

As somebody who see's Tyler everyday, I can see that he is very much a follower, in the sense that he is so worried all the time about upsetting someone or not being accepted. He has so much built up Self doubt and internal confusion due to his traumatic childhood on top of being transgender and having a toxic idea of "being a man" given to him by his father and ex-step father who would both be so quick to anger and violence and Planted that seed in his head from a young age. Although Tyler had this image in his head of a "mans-man" he never acted like that behind closed doors. My husband is the most caring

and kind person I have ever met, he has never pushed me to do anything I was uncomfortable with and has gone above and beyond to make sure whoever he's with is safe and happy, even at his own expense. One time in 2019, I had just reciently moved in with my mother after a very sudden and difficult move from my fathers house in Gainesville, I had an intense falling out with my father and I was in a really dark place emotionally and tried to push Tyler out of my life because I felt as if I was too much to deal with. An hour and a half later Tyler was at my house at about one in the morning to make sure I was okay. At the time we lived an hour away from each other and he did not feel comfortable driving at night, but he showed up to take care of me,

This is the Tyler that I get to see and love, he is the young man who was given an unstable life and toxic views from his father and kids from school that caused him to find comfort in those ways.

Since Tyler has gotten home in April, he has done nothing but work at fixing his mistakes and proving that he has moved on to become a better, more dependable member of society. He now has a job at the Holiday Inn Express and is part owner of his mothers pressure washing business. He has a great relationship with his bosses at the hotel and enjoys his job. Tyler has also been steadily working with his personal therapist and his court appointed therapist, who he continues to see after successfully completing his time with her. Tyler also has been present to every drug test he has been called for, even on Dec. 17th, when we got married. He has come a far way mentally, spiritually, and emotionally since he was arrested in February last year and has proven himself time and time again to show he is not the same person as he was when he got into trouble.

To send Tyler to prison would cause him to severely back track in his emotional wellbeing, as well as everyone who has helped endlessly along the way. The progress he has show would almost be for nothing if he were to go to prison and

everything gets ripped away from him after working so hard.

I truely believe that my husband has shown that he can be a functioning and contributing member of society at home if he is given the chance to continue his electronic monitoring (ankle bracelet) and Probation for however long is seen fit.

Your Honor, thank you for taking the time to read this, I beg that you consider what I have written and continue to keep my husband on house arrest with Probation as to not falsify all of our collective hard work to prove only good things will come out of him staying on house arrest, with his support system. I pray that my words are of your consideration, because my heart breaks to think all of his work could be washed away by being sent away.

Thank you again for your time,

Theresa Bucvan.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# APPENDIX 5

Letters in Support from Current Employer

Defendant's Sentencing Memorandum - 17

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

January 27, 2021

To Whom It May Concern,

My name is Holly Colson, Assistant General Manager of the Holiday Inn Express in Spring Hill, Fl. I am Taylor Parker-Dipeppe's immediate supervisor.

I have known Taylor for around a quarter of a year now,

I was aware at the time of hire of the felony Taylor was facing, resulting in the requirement of an ankle monitor, He was completely open about what brought about the conviction, He also made it clear that he no longer wished to live his life in that manner, I sincerely believe that is true and that he is taking proper steps.

Taylor has shown the desire to make his life better, I have even seen him grow in the short time he has been working with me. He is reliable and ready to work. He will not just be on time but will be early for each shift. He is also willing to take on shifts that need to covered even if last minute. His dealings with guests at the hotel have resulted in some wonderful reviews and comments. Our guests appreciate the politeness and concern he shows to them, I trust him, knowing that his responsibilities will be accomplished and that the hotel is in good hands when I am not there.

I can say that Taylor Parker-DiPeppe has been a dedicated, hardworking, and trustworthy person. He has also taken steps in his personal life that is improving his mindset and care for others. I truly believe that his action of political vandalism was a one-time event.

Sincerely,



**Holly Colson**
Assistant General Manager
Spring Hill

3528 Commercial Way
Spring Hill, FL 34606
T: +1.352.683.5100 • F: +1.352.683.5454



# Memo

**From:**  Ryan Cornelius

**CC:**  Taylor Ashley Parker-DiPeppe

**Date:**  1/28/2021

**Re:**  Character Assessment

---

To Whom It May Concern,

Per your request, I am happy to provide this letter to you as a testament to your character.  First let me start with verification of employment at the Holiday Inn Express – Spring Hill.  Your hire date is November 16, 2020.  Your official title is Guest Services Attendant.  You have the office capacity of Guest Services Manager and Manager on Duty during your assigned shifts here at the hotel.

Since you arrived you have proven yourself to be capable, intelligent, and driven to succeed.  You aggressively have been completing your training courses and are far ahead of where we expected you to be in terms of skills learned.  You are very low maintenance when it comes to our typical team member.  Your attendance has been perfect, and you show a willingness to do whatever is requested or required of you.  You show up for your shifts well in advance, and are constantly asking questions to better our knowledge of your position.  You regularly ask for more responsibility.  You are a model team member and get along with everyone – which is a rare trait in an employee these days.  You are humble and modest with a genuine desire to not disappoint me or the team.

You are one of my best hires I have made at the hotel, and I would gladly take you with me on my next assignment to a new property.

Feel free to release my information to whomever needs it for verification of the authenticity of this letter.

Sincerely,

Ryan J Cornelius
General Manager
Holiday Inn Express – Spring Hill
3528 Commercial Way
Spring Hill, FL  34606
O - 352.683.5100  x601
M - 407.729.0647

1