PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Johnny Roman Garza  **Case Number:** 2:20CR00032-4
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 12/09/2020  **Date of Report:** 05/05/2021
**Original Offense:** Conspiracy to Mail Threatening Communications, to Commit Cyberstalking, and to Interfere with Federally Protected Activities
**Original Sentence:** 16 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** Pending
**Assistant United States Attorney:** Thomas S. Woods  **Defense Attorney:** AFPD Colin Fieman

**Special Conditions Imposed:**

☐ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution:
☒ Mental Health      ☐ Fine waived            ☐ Community Service
☒ Other: Defendant shall consent to U.S. Probation Office conducting ongoing monitoring of computers, hardware and software, and any/and all electronics devices/media; participate as directed in the Moral Reconation Therapy Program; and submit to search.

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

**ADD:**

You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

You must not use or possess alcohol or alcoholic beverages.

## CAUSE

Mr. Garza is currently serving his term of imprisonment at the Federal Correctional Institution in Safford, Arizona, and is scheduled to release on January 24, 2022. He has submitted a relocation request to the District of Arizona but was denied due to a need for special conditions related to substance abuse treatment and an alcohol condition. Mr. Garza has a history of substance abuse and the above conditions will ensure he will be adequately monitored once released onto supervision. Mr. Garza has agreed to this modification by signing the attached waiver of hearing.

Both Assistant United States Attorney Thomas S. Woods and Assistant Federal Public Defender Colin Fieman have been consulted about the proposed modification and they concur with the recommendation to add the above special conditions.

The Honorable John C. Coughenour, United States District Judge   Page 2
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender   May 5, 2021

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 5th day of May, 2021. | BY: |
| *signature*<br>Hien Nguyen<br>Supervising United States Probation Officer | *signature*<br>Brenda L. Amundson<br>Deputy Chief United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

*signature*

Signature of Judicial Officer
5/5/2021
Date

PROB 49
(05/97)

# UNITED STATES DISTRICT COURT
## Western District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, Johnny Roman Garza, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

> You must not use or possess alcohol or alcoholic beverages.

Witness: *Nguyenthithien*
United States Probation Officer

Signed: *Johnny Garza/ by Colin Fieman*
Probationer/Supervised Releasee

Date: May 5. 2021