

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

October 11, 2022

**CLERK, US DISTRICT COURT**
District of Arizona

Your No:  CR-22-50007-TUC-RM(LCK)
Our No:  2:20-cr-00032-JCC-4
Defendant:  Johnny Roman Garza

Dear Clerk

Attached please find a certified copy of the Probation Order Transfer of Jurisdiction, docket sheet and financial affidavit.  Please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of these documents by return e-mail reply. Thank you.

Sincerely,

Sandra Rawski,
Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:20CR00032-004 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* CR-22-50007-TUC-RM(LCK) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Johnny Roman Garza | Western Washington | Seattle |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John C Coughenour | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/24/2022 — TO 01/23/2025 |

**OFFENSE**

18 U.S.C. §§ 371, 876, 2261A and 245 Conspiracy to Mail Threatening Communications, to Commit Cyberstalking, and to Interfere with Federally Protected Activities.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Washington**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Arizona** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/25/2022
*Date*

*/s/ John C Coughenour*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District** DISTRICT OF **Arizona**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 1, 2022
*Effective Date*

*/s/ Márquez*
*United States District Judge*